and new trial granted, with costs to the appellant to abide the event, upon the ground that the verdict of the jury in relation to negligence and contributory negligence was against the weight of the evidence. All concur, except Thompson, J., who dissents and votes for affirmance. (The judgment is for plaintiff in an action for damages sustained in an automobile collision. The order denies motion for a new trial upon the minutes.) Present — Edgcomb, Thompson, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Application of GEORGE R. McALLASTER, Respondent, for a Mandamus Order against CHARLES A. HARNETT, Commissioner of Motor Vehicles of the State of New York, Appellant, and FRANK J. KORB, SR., and FRANK J. KORB, JR., Defendants.— Order reversed on the law, without costs, and petition dismissed without prejudice to a renewal of the application in the proper district. (Civ. Prac. Act, §§ 1317 and 1334; People ex rel. Town of Brighton v. Williams, 145 App. Div. 8; Matter of Buffalo Dump T. O. Assn. v. Condon, 232 id. 273; Mason v. Willers, 7 Hun, 27.) All concur. (The order directs suspension of operator's and chauffeur's licenses and registration certificates in a proceeding brought for that purpose.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Cunningham, JJ.

WILBUR DUNKEL and GEORGIA DUNKEL, Appellants, v. HOMINDUSTRIES, INCORPORATED, Respondent.— Upon reargument and submission of the appeal on the amended record, order reversed on the law and facts, with costs, and summary judgment granted in favor of the plaintiffs for the relief demanded in the complaint on the grounds stated in memorandum filed with decision of November 11, 1936 [249 App. Div. 709], and on the additional ground that we deem the effect of the recent deeds executed by the three children of Alexander A. McFarlan questionable. All concur. (The order denies motion to strike out amended answer and for summary judgment in an action to recover purchase price of a house purchased on a contract.) Present — Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ. [See 248 App. Div. 942.]

WILBUR DUNKEL and GEORGIA DUNKEL, Appellants, v. HOMINDUSTRIES, INCORPORATED, Respondent.— Motion for reargument granted and permission given to amend record on appeal. [See 249 App. Div. 709.] Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

E. MINNAMON and ALLYN J. MINNAMON, Copartners Comprising the Firm of E. MINNAMON & SON, Appellants, v. LAWRENCE J. WALSH and HERBERT B. THOMAS, Respondents, and Other Defendants.— Motion for a reargument denied, with ten dollars costs. Present — Sears, P. J., Edgcomb, Thompson and Lewis, JJ.

FRANK LAVIERA, Respondent, v. THE PFAUDLER COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

SAM FRANCISCO, Respondent, Appellant, v. LITTLE FALLS DAIRY COMPANY, INCORPORATED, Appellant, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

BEULAH T. CRADDOCK, Respondent, v. FRED H. GORDON, JR., and Others, Appellants, F. LEE CRADDOCK, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.